UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:09cr58DCB-FKB

JIMMY W. GATHRITE, et al

## FINAL ORDER OF FORFEITURE

WHEREAS, on October 20, 2009, this Court entered an Agreed Preliminary Order of Forfeiture, ordering defendant **JIMMY W. GATHRITE** to forfeit **One 2006 Dodge Magnum, VIN #2D4FV47T56H433145**(the Subject Property), and

WHEREAS, the United States caused to be published via the internet at www.forfeiture.gov, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no other potential claimants were known; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to Title 21, United States Code, Section 853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that **One 2006 Dodge Magnum, VIN #2D4FV47T56H433145** is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 853.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of

America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

SO ORDERED, ADJUDGED, AND DECREED this ___8th___ day of ___March___ , 2010.

                                        ___s/ David Bramlette___
                                        HONORABLE DAVID C. BRAMLETTE, III
                                        UNITED STATES DISTRICT JUDGE